**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 11, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00828-CV

## IN RE UNDINE TEXAS LLC AND RICK MELCHER, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 102743-CV**

## MEMORANDUM OPINION

On October 18, 2019, relators Undine Texas LLC and Rick Melcher filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Supp.); *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Terri Holder, presiding judge of the 149th District Court of Brazoria County, to vacate her September 16, 2019 order denying realtors' plea to the

jurisdiction. Relators have failed to show they are entitled to mandamus relief. We therefore deny relators' petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.